IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**GRACE PAMELA HOWELL,**

    **Plaintiff,**

vs.                                      **Case No. 4:07cv63-SPM/WCS**

**DAVID TINDALL,**

    **Defendant.**

                                    **/**

## REPORT AND RECOMMENDATION

After having reviewed Plaintiff's initial complaint, doc. 1, Plaintiff was advised that her complaint failed to state a claim upon which relief may be granted. Doc. 6. Plaintiff was permitted to either file an amended complaint, or submit a notice of voluntary dismissal. Plaintiff, proceeding *pro se*, has filed an amended civil rights complaint. Doc. 7.

Having provided even less information than was given in the initial complaint, Plaintiff's amended complaint still fails to state a claim. Plaintiff does not demonstrate that the Defendant, an employee of the I.R.S., violated a fundamental right. Plaintiff may not have had the service she desired, but without more, this claim is insufficient.

Plaintiff has already had an opportunity to submit an amended complaint.  *See* doc. 6.  It does not appear that further opportunities to amend would be beneficial.

In light of the foregoing, it is respectfully **RECOMMENDED** that Plaintiff's amended complaint, doc. 7, be **DISMISSED** for failure to state a claim upon which relief may be granted.

**IN CHAMBERS** at Tallahassee, Florida, on April 25, 2007.

    s/    William C. Sherrill, Jr.
**WILLIAM C. SHERRILL, JR.**
**UNITED STATES MAGISTRATE JUDGE**

### NOTICE TO THE PARTIES

**A party may file specific, written objections to the proposed findings and recommendations within 15 days after being served with a copy of this report and recommendation.  A party may respond to another party's objections within 10 days after being served with a copy thereof.  Failure to file specific objections limits the scope of review of proposed factual findings and recommendations.**