IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

GRACE PAMELA HOWELL,

    Plaintiff,

vs.                                    CASE NO. 4:07cv63-SPM/WCS

DAVID TINDALL

    Defendant.
_____/

## ORDER

THIS CAUSE comes before the Court for consideration of the magistrate judge's report and recommendation dated April 25, 2007 (doc. 8). Plaintiff has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). No objections have been filed. Having considered the report and recommendation, I have determined that the report and recommendation should be adopted.

Accordingly, it is hereby ORDERED as follows:

1.    The magistrate judge's report and recommendation (doc. 8) is ADOPTED and incorporated by reference in this order.

2.    This case is dismissed with prejudice for failure to state a claim upon which relief may be granted.

DONE AND ORDERED this 27th day of December, 2007.

    *s/ Stephan P. Mickle*

    Stephan P. Mickle
    United States District Judge